IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MANDY W. DOWSON and KRISTIN J. BROUK, Individually and as Co-Personal Representatives of the Estate of BARBARA A. RICHARDSON, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>DUTTON-LAINSON COMPANY and MSC INDUSTRIAL DIRECT CO., INC.,<br><br>Defendants. | 4:17-CV-3158<br><br>ORDER |

IT IS ORDERED:

1. The stipulation for dismissal of MSC Industrial Direct Co. (filing 75) is approved.

2. The plaintiffs' claims against MSC Industrial Direct Co. are dismissed with prejudice, each party to bear its own costs.

3. MSC Industrial Direct Co. is terminated as a party.

Dated this 22nd day of November, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge