IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MANDY W. DOWSON and KRISTIN J. BROUK, Individually and as Co-Personal Representatives of the Estate of BARBARA A. RICHARDSON, Deceased, | 4:17-CV-3158 |
| Plaintiffs, | |
| vs. | ORDER |
| DUTTON-LAINSON COMPANY and MSC INDUSTRIAL DIRECT CO., INC., | |
| Defendants. | |

IT IS ORDERED:

1.    The stipulation for dismissal of Dutton-Lainson Company (filing 78) is approved.

2.    The plaintiffs' claims against Dutton-Lainson Company are dismissed with prejudice, each party to bear its own costs.

3.    Dutton-Lainson Company is terminated as a party.

Dated this 13th day of February, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge